**Emmett Moore**
1028 Rosario Lane
Vista, CA  92084
Tel: (760) 331-7070
Moore.emmett@gmail.com

January 25, 2021

Sent Via U.S. Priority Mail To:

Clerk of U.S. District Court
U.S. District Court for the Western District of Wisconsin
120 N. Henry Street, Room 320
Madison, WI 53703

Dear Sir or Madam:

    Enclosed please find a complaint, filed in my name and as a "*pro per*," and a money order in the amount of $402.00, which should be the cost of the filing of my complaint.

    In addition, I am requesting via this letter an ECF account in my name, and in my email address listed above.  A close family member is an attorney who is familiar with filings in various courts and with ECF filings, so I respectfully request that I be given permission to have access to ECF filings for this civil case from hereon after.  In addition, my location in Southern California will make it difficult for me to timely file pleadings if I am required to mail my pleadings to the Clerk's Office in this case.

    Thank you in advance for your time and courtesy, and please contact me with any questions or concerns.

Sincerely,

Emmett Moore