PRESS FIRMLY TO SEAL

PRESS FIRMLY TO SEAL

PRIORITY MAIL
FLAT RATE ENVELOPE
POSTAGE REQUIRED






**UNITED STATES POSTAL SERVICE® | PRIORITY® MAIL**

- Expected delivery date specified for domestic use.
- Most domestic shipments include up to $50 of insurance (restrictions apply).*
- USPS Tracking® included for domestic and many international destinations.
- Limited international insurance.**
- When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at http://pe.usps.com.
** See International Mail Manual at http://pe.usps.com for availability and limitations of coverage.

**FLAT RATE ENVELOPE**
ONE RATE ■ ANY WEIGHT


SCANNED

**TRACKED ■ INSURED**


PS00001000014

EP14F May 2020
OD: 12 1/2 x 9 1/2

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP

P   PRIORITY MAIL
    FLAT RATE ENVELOPE
    PS000210011

U.S. POSTAGE PAID
FOREVER POSTAGE
USPS – PREPAID

**USPS PRIORITY MAIL®**

SUSANNE ARANI
ARANI LAW
1028 ROSARIO LN
VISTA CA 92084-4645

SHIP TO: Clerk of U.S. District Court / W. division of WI
120 N. Henry St. Room 320
Madison WI 53703

NOT VALID WITHOUT USPS WATERMARK

**USPS TRACKING #**



9405 5012 0652 2011 1823 01

**FOR DOMESTIC USE ONLY**

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuses may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; May 2020; All rights reserved.